IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BILLY WAYNE MILLER                                                              PLAINTIFF

vs.                              Civil No. 1:12-cv-1109

CAROLYN COLVIN
Commissioner, Social Security Administration                    DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed October 23, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that the ALJ's denial of Plaintiff's application for Disability Insurance Benefits be affirmed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the ALJ's decision is **AFFIRMED**, and Plaintiff's Complaint is **DIMSSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of November, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District